623 A.2d 769

IN THE MATTER OF MATTHEW E. SEGAL,
AN ATTORNEY AT LAW.

Decided April 29, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that MATTHEW E. SEGAL of CHERRY HILL, who was admitted to the bar of this State in 1978, be publicly reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to keep clients reasonably informed about the status of the matter and failure to comply with requests for information), in his handling of a series of collections matters for a single client and *RPC* 8.1(b) (failure to cooperate with the ethics authorities), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and MATTHEW E. SEGAL is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.